# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## London Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

---

In re Tony C Wilder
Stella Wilder
354 Sol Caldwell Right Rd
Stoney Fork, KY 40988
354 Sol Caldwell Right Rd
Stoney Fork, KY 40988

aka/dba:

SSN/TID: xxx−xx−3782
xxx−xx−2885

Debtor(s)

Case No. 26−61622−grs

Chapter: 7

---

## NOTICE OF RESCHEDULED 341 HEARING

The meeting of creditors originally scheduled in this case for November 5, 2026, is rescheduled for

DATE:
12/3/26

TIME:
11:30 AM

LOCATION:
Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 862 594 4027, and Passcode 2325436141, OR call (859)347−3116

at which time the Debtor is directed to appear and submit to examination as required by the Bankruptcy Code.

DATED: October 28, 2026

By the Court −

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge